certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James C. Henriques* for petitioner. *Messrs. Robert E. Milling* and *Robert E. Milling, Jr.* for respondent.

No. 471. DUNN *v.* CALIFORNIA. November 12, 1940. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District of California, denied. *Mr. Herbert W. Erskine* for petitioner. *Messrs. Earl Warren,* Attorney General of California, and *J. Q. Brown,* Deputy Attorney General, for respondent.

No. 478. METROPOLITAN BUILDING & LOAN ASSN. ET AL. *v.* TEXAS UNEMPLOYMENT COMPENSATION COMMISSION ET AL. November 12, 1940. Petition for writ of certiorari to the Court of Civil Appeals, 3d Supreme Judicial District, of Texas, denied. *Mr. Dan Moody* for petitioners. *Messrs. Gerald C. Mann,* Attorney General of Texas, *George W. Barcus,* and *R. W. Fairchild,* Assistant Attorneys General, for respondents.

No. 481. CROSS *v.* MARYLAND CASUALTY Co. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. B. Handley* for petitioner. *Mr. J. P. Jackson* for respondent.

No. 482. NEW YORK LIFE INSURANCE Co. *v.* CALHOUN. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James C. Jones, James C. Jones, Jr.,*